SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
Taylor D. Horn (SBN 329435)
thorn@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

VALERIAN LAW, P.C.
Xinying Valerian (SBN 254890)
xinying@valerian.law
Dan Gildor (SBN 223027)
dan@valerian.law
Felicia Medina (SBN 255804)
felicia@valerian.law
Risa Nagel (SBN 358710)
risa@valerian.law
2222 Harold Way
Berkeley, CA 94704
Tel:    (888) 686-1918

*Attorneys for Defendant Alaska Airlines, Inc.*

*Attorneys for Plaintiff Daniel Estrada and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ESTRADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALASKA AIRLINES, INC. AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 25-CV-08091-SK<br><br>Hon. Sallie Kim<br><br>**SECOND JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2, the Parties to the above-captioned action, through their respective attorneys of record, hereby stipulate and request as follows:

WHEREAS, on February 3, 2025, Plaintiff commenced this wage and hour class action in Alameda Superior Court;

WHEREAS, on September 3, 2025, the Parties attended an initial mediation with mediator Hunter Hughes;

1

WHEREAS, on September 23, 2025, Defendant removed the action to this Court (Dkt. 1);

WHEREAS, on December 15, 2025, the Parties filed their Joint Initial Case Management Conference Statement (Dkt. 14);

WHEREAS, on December 15, 2025, the Court continued the Initial Case Management Conference to April 20, 2026, with a joint case management statement due by April 13, 2026 (Dkt. 15);

WHEREAS, on April 8, 2026, the Court continued the Initial Case Management Conference to June 22, 2026, upon the Parties' stipulation;

WHEREAS, Defendant filed a motion for judgment on the pleadings, pursuant to FRCP 12(c) (Dkt. 19), which is set for hearing on July 13, 2026, at 9:30 a.m.;

WHEREAS, after meeting and conferring, the Parties agree that it would be most efficient and economical for the initial case management conference to occur in conjunction with the hearing on Defendant's motion for judgment on the pleadings;

NOW, THEREFORE, the Parties hereby stipulate and agree that the above circumstances provide good cause to continue the initial case management conference to July 13, 2026, at 9:30 a.m., with the deadline to file a Joint Case Management Statement continued to July 6, 2026.

IT IS SO STIPULATED.

2

SECOND JOINT STIPULATION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE                    Case No. 25-CV-08091-SK

Respectfully submitted,

DATED: June 12, 2026                     SEYFARTH SHAW LLP


By: */s/ Ryan McCoy*
    Ryan McCoy
    Taylor D. Horn

    Attorneys for Defendant Alaska Airlines, Inc.


DATED: June 12, 2026                     VALERIAN LAW, P.C.


By: */s/ Dan Gildor*
    Xinying Valerian
    Dan Gildor
    Felicia Medina
    Risa Nagel

    Attorneys for Plaintiff Daniel Estrada


## ECF ATTESTATION

I, Ryan McCoy, attest that concurrence in the filing of this Stipulation has been obtained from the signatory Dan Gildor, counsel for Plaintiff. *See* L.R. 5-1(i)(3).

DATED: June 12, 2026                     SEYFARTH SHAW LLP


By: */s/ Ryan McCoy*
    Ryan McCoy

    Attorneys for Defendant Alaska Airlines, Inc.

3

SECOND JOINT STIPULATION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE                     Case No. 25-CV-08091-SK