UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ESTRADA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>ALASKA AIRLINES, INC. AND DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 25-CV-08091-SK<br><br>Hon. Sallie Kim<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Pursuant to the parties' stipulation, the Court HEREBY CONTINUES the Initial Case Management Conference and the related dates. The Initial Case Management Conference is CONTINUED to July 13, 2026, to be held immediately after the pending motion for judgment on the pleadings. The parties shall file their joint case management statement by no later than July 6, 2026.

 **IT IS SO ORDERED.**

 Dated:  June 15, 2026

          Hon. Sallie Kim
          United States District Judge

;